IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Davis Warren, Synovia L

Printed: 01/13/09

Case Number: 08 B 26429
Judge: Squires, John H
Filed: 10/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 418.00 |  |
| Secured: |  | 390.41 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 27.59 |
| Other Funds: |  | 0.00 |
| Totals: | 418.00 | 418.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 2. | M&T Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 4. | M&T Mortgage Corp | Secured | 0.00 | 0.00 |
| 5. | Bank Of America | Secured | 10,425.00 | 390.41 |
| 6. | Resurgent Capital Services | Unsecured | 699.48 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 4,353.70 | 0.00 |
| 8. | Citibank | Secured |  | No Claim Filed |
| 9. | Cook County Treasurer | Secured |  | No Claim Filed |
| 10. | Cook County Treasurer | Secured |  | No Claim Filed |
| 11. | Chase Manhattan Mortgage Corp | Secured |  | No Claim Filed |
| 12. | Omni National Bank | Secured |  | No Claim Filed |
| 13. | Cook County Treasurer | Secured |  | No Claim Filed |
| 14. | Harris N A | Secured |  | No Claim Filed |
| 15. | National City Mortgage Co | Secured |  | No Claim Filed |
| 16. | Cook County Treasurer | Unsecured |  | No Claim Filed |
| 17. | Cook County Treasurer | Unsecured |  | No Claim Filed |
| 18. | AT&T | Unsecured |  | No Claim Filed |
| 19. | Holt, Linda | Unsecured |  | No Claim Filed |
| 20. | Allstate Insurance Company | Unsecured |  | No Claim Filed |
| 21. | Citibank | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,478.18 | $ 390.41 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Davis Warren, Synovia L | Case Number: 08 B 26429 |
|---|---|
| | Judge: Squires, John H |
| Printed: 01/13/09 | Filed: 10/2/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 27.59 |
| | $ 27.59 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

